**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 25, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 05-31001
Conference Calendar

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

CURT SINGLETON,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:04-CR-10014-3
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The Federal Public Defender appointed to represent

Curt Singleton has requested leave to withdraw and has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Singleton has not filed a response.  Our independent review of

the record and counsel's brief discloses no nonfrivolous issue

for appeal.  Counsel's motion for leave to withdraw is GRANTED,

counsel is excused from further responsibilities, and the appeal

is DISMISSED.  See 5TH CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.